Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| The UNITED STATES of AMERICA, | )<br>) |
| Plaintiff, | ) No. CR06-38RSM<br>) |
| v. | )<br>) ORDER CONTINUING |
| KAVEL MULTANI a/k/a YGURU,<br>JATINDER BRAR,<br>AMARDEEP POWAR,<br>RAMAN PATHANIA,<br>NIZAR SABAZ-ALI,<br>HARMINDER SINGH,<br>SANDIP PARHAR,<br>STORMY WALKER, | ) TRIAL DATE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

THIS MATTER comes before the Court on the United States of America's motion to continue the trial date. Having considered the entirety of the record and files herein, the Court finds that the government has acted with due diligence in seeking foreign evidence from Canada as to defendant Harminder Singh, and that a failure to grant the continuance would likely result in a miscarriage of justice. Due to the complexity of the case, the recent disclosure of foreign evidence which the government intends to use at trial against defendant Harminder Singh, and the need for continuity of counsel and effective assistance of counsel, the Court overrules any objection by the defendants, and finds that a continuance will allow the government and defendant Harminder Singh to adequately prepare for trial.

ORDER CONTINUING TRIAL -   Page 1
Multani, et al./CR06-38RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  The Court further finds that the interests of the public and the defendant in a
2  speedy trial in this case are outweighed by the ends of justice.
3  IT IS NOW, THEREFORE, ORDERED that trial is continued from September 5,
4  2006, to October 16, 2006, and that the time between the date of this Order and the new
5  trial date be excluded under the Speedy Trial Act pursuant to Title 18, United States
6  Code, Sections 3161(h)(8)(A), 3161(h)(8)(B(i), and 3161(h)(B)(ii).
7  Dated this _28_ day of August, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

JOHN McKAY
United States Attorney

s/ Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-2268, Fax: (206) 553-4440
E-mail: ye-ting.woo@usdoj.gov
Washington State Bar No. 21208

s/ Lisca Borichewski
LISCA BORICHEWSKI
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-2266, Fax: (206) 553-4440
E-mail: lisca.borichewski@usdoj.gov
Washington State Bar No. 24300

ORDER CONTINUING TRIAL -   Page 2
Multani, et al./CR06-38RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970