Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| The UNITED STATES of AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARMINDER SINGH, et al., ) <br> ) <br> Defendants. ) | No. CR06-38RSM <br><br> ORDER CONTINUING <br> TRIAL DATE |

THIS MATTER comes before the Court on the United States of America's motion to continue the trial date. Having considered the entirety of the record and files herein, and based on the stipulation of the parties and the waiver of speedy trial filed by defendant Harminder Singh, the Court finds that due to the complexity of the case, the recent disclosure of foreign evidence which the government intends to use at trial against defendant Harminder Singh, and the need for continuity of counsel and effective assistance of counsel, a failure to grant the continuance would likely result in a miscarriage of justice. This continuance will allow the government and defendant Harminder Singh to adequately prepare for trial.

The Court further finds that the interests of the public and the defendant in a speedy trial in this case are outweighed by the ends of justice.

ORDER CONTINUING TRIAL - Page 1
Multani, et al./CR06-38RSM

1
2   IT IS NOW, THEREFORE, ORDERED that trial is continued from October 16,
3   2006, to January 16, 2007, and that the time between the date of this Order and the new
4   trial date be excluded under the Speedy Trial Act pursuant to Title 18, United States
5   Code, Sections 3161(h)(8)(A), 3161(h)(8)(B(i), and 3161(h)(B)(ii).
6   Dated this 17 day of October, 2006.

7
8
9                                           RICARDO S. MARTINEZ
10                                          UNITED STATES DISTRICT JUDGE

11  Presented by:

12  JOHN McKAY
    United States Attorney
13
    s/ Ye-Ting Woo
14  YE-TING WOO
    Assistant United States Attorney
15  United States Attorney's Office
16  700 Stewart Street, Suite 5220
    Seattle, WA  98101-1271
17  (206) 553-2268, Fax: (206) 553-4440
    E-mail: ye-ting.woo@usdoj.gov
18  Washington State Bar No. 21208

19
    s/ Lisca Borichewski
20  LISCA BORICHEWSKI
    Assistant United States Attorney
21  United States Attorney's Office
22  700 Stewart Street, Suite 5220
    Seattle, WA  98101-1271
23  (206) 553-2266, Fax: (206) 553-4440
    E-mail: lisca.borichewski@usdoj.gov
24  Washington State Bar No. 24300

25
26
27
28

ORDER CONTINUING TRIAL -   Page 2
Multani, et al./CR06-38RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970